**CLOSED**

Michael E. Patunas
PATUNAS LAW LLC
24 Commerce Street, Suite 606
Newark, NJ 07102
mpatunas@patunaslaw.com
(973) 396-8740
(973) 396-8743

OF COUNSEL:
James F. Hurst
Marcus E. Sernel, P.C.
Hari Santhanam
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Jeanna M. Wacker
Mira A. Mulvaney
Gregory Springsted
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Plaintiff*
*Impax Laboratories, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Honorable Stanley R. Chesler |
| v. ) | |
| ) | Civil Action No: 18-9347 (SRC-CLW) |
| ACTAVIS LABORATORIES FL, INC., AND ) | |
| ACTAVIS PHARMA INC., ) | |
| ) | |
| Defendant. ) | |

### VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Impax Laboratories, Inc. hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against defendant(s) Actavis Laboratories FL, Inc., and Actavis Pharma Inc.

June 25, 2018

|  |  |
|---|---|
| | By its attorneys, |
| | /s/ Michael E. Patunas |
| **SO ORDERED.** | Michael E. Patunas |
| s/ Stanley R. Chesler, USDJ | PATUNAS LAW LLC |
| | 24 Commerce Street, Suite 606 |
| | Newark, NJ 07102 |
| | mpatunas@patunaslaw.com |
| | (973) 396-8740 |
| | (973) 396-8743 |
| | |
| | *Of Counsel* |
| | |
| | James F. Hurst |
| | Marcus E. Sernel, P.C. |
| | Hari Santhanam |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | (312) 862-2000 |
| | |
| | Jeanna M. Wacker |
| | Mira A. Mulvaney |
| | Gregory Springsted |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | |
| | *Attorneys for Plaintiff Impax Laboratories, Inc.* |